# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

23-2193

STEVEN CHECCHIA,

v.

SOLO FUNDS, INC.

## APPELLANT'S REQUEST FOR ORAL ARGUMENT

On Appeal from an Order and Memorandum Opinion Dated June 7, 2023
Denying, SoLo Fund, Inc.'s Motion to Compel Arbitration
in the United States District Court for the
Eastern District of Pennsylvania,
No. 2:23-cv-00444

| | |
|---|---|
| Joseph A. Apatov | Andrew K. Stutzman |
| McGlinchey Stafford | Christopher A. Reese |
| 101 NE 3rd Avenue, Suite 1810 | Stradley Ronon Stevens & Young, LLP |
| Fort Lauderdale, Florida 33301 | 2005 Market St., Suite 2600 |
| (954) 356-2516 | Philadelphia, PA 19103 |
| (954) 252-3808 (fax) | (215) 564-8000 |
| japatov@mcglinchey.com | (215) 564-8120 (fax) |
| Admitted *pro hac* | astutzman@stradley.com |
| | creese@stradley.com |

Pursuant to Federal Rule of Appellate Procedure 34(a)(1) and Local Rule 34.1, Appellant SoLo Funds, Inc. respectfully requests oral argument. This case presents a *res nova* issue in this Circuit concerning the enforceability of arbitration agreements in contracts entered into via smartphones. Online agreements entered into on smartphones are increasingly commonplace and, as here, often do not fit neatly into the clickwrap/browsewrap binary that is commonly employed. The criteria by which these contracts should be evaluated, their proper classification, and the burden of proof is of nationwide interest, not only in the area of arbitration agreements but also in smartphone based relationships in general.

It is submitted that oral argument will be of aid to the court in this evolving area of the law.

Appellant respectfully requests 15 minutes per side for oral argument.

Dated: January 12, 2024

Respectfully submitted,

/s/ Joseph A. Apatov
_____
Joseph A. Apatov
McGlinchey Stafford
101 NE 3rd Avenue, Suite 1810
Fort Lauderdale, Florida 33301
(954) 356-2516
(954) 252-3808 (fax)
Admitted *pro hac*

and

Andrew K. Stutzman
Christopher A. Reese
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19103
(215) 564-8000
(215) 564-8120 (fax)
*Counsel for SoLo Funds, Inc.*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that he is admitted to practice in the United States Court of Appeals for the Third Circuit, that the filing has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in size 14 Times New Roman Font, and that this document contains 134 words.

/s/ Joseph A. Apatov
Joseph A. Apatov

Dated:  January 12, 2024

## **CERTIFICATE OF SERVICE**

I certify that today I am serving the foregoing on counsel of record by the Court's electronic filing system.

/s/ Joseph A. Apatov<br>
Joseph A. Apatov

Dated: January 12, 2024