UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2193

STEVEN CHECCHIA, Individually and as a Representative of the Class

v.

SOLO FUNDS, INC.,

Appellant

(E. D. Pa. No. 2-23-cv-00444)

**ORDER**

At the direction of the Court, the above captioned appeal shall be held C.A.V. pending the Pennsylvania Supreme Court's disposition of *Chilutti v. Uber Technologies, Inc.*, 300 A. 3d 430 (Pa. Super. 2023).

Counsel is requested to promptly inform the Clerk in writing as to any further developments with respect to the progress and disposition of *Chilutti* before the Pennsylvania Supreme Court.

For the Court,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT,

Clerk

Date: May 1, 2024
Amr/cc: All counsel of record