OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 30, 2024

Mr. George V. Wylesol
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Steven Checchia v. Solo Funds Inc
Case Number: 23-2193
District Court Case Number: 2-23-cv-00444

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: August 30, 2024

Amr/Cc: Kevin J. Abramowicz, Esq.
Joseph A. Apatov, Esq.
Stephanie Moore, Esq.
Helen C. Steiger,
Andrew K. Stutzman, Esq.
Kevin W. Tucker, Esq.